UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ANTWON PERRY,

Defendant.

**Crim. Action No. 04cr511    (CKK)**

## ORDER

This case comes before the Court upon the receipt of a Report and Recommendation

dated February 15, 2012, from Magistrate Judge Deborah Robinson.  No objections to the

Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this __24__ day of February, 2012,

**ORDERED** that the Report and Recommendation is hereby ADOPTED and the

supervised release is revoked.

COLLEEN KOLLAR-KOTELLY
United States District Judge

